# COMPLAINT FORM
(for non-prisoner filers without lawyers)



FILED
AUG 08 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

Gene T. Davis

1:18 -cv- 2436 JMS -MJD

vs

Case Number:

(Full name of defendant(s))

Hancock County, IN

Hancock County Sheriffs' Department

McCordsville Police Department

(to be supplied by clerk of court)

### A. PARTIES

1. Plaintiff is a citizen of __Indiana__ and resides at
   (State)

   __747 Streamside Drive, Greenfield IN 46140__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On January 26, 2018, I (Gene T. Davis) was a victim of a multi-agency coordinated false arrest. The defendants (along with a yet unidentified Task Force) all worked in collusion to stage an arrest and frame me with multiple charges. The McCordsville Police Department that night were dispatched to my known location (called in by the Task Force) and proceeded to pull me over, with what is now known to be (as the dashcam video clearly shows), falsified probable cause. The officer in the video conspired to say, that the reason I was being pulled over, was that my vehicle was clocked by radar at 90mph. I never even drove past the location where the officer claimed to have clocked me running stationary speed enforcement that night. The McCordsville dashcam video was INDISPUTABLY tampered with

and altered to create falsified probable cause and corroborate the false accusation (see "Snapshots" folder), along with a fictionalized police report, for what I suspect was a conspiratorial request from the unknown Task Force. The date of incident (1-26-18) for all the evidence was also altered (to 1-28-18) to cover-up for what I believe to have been an attempted over-sedation perpetrated against me at Hancock Memorial Hospital, where I was sent that night for unnatural bleeding caused by a poisoned food/drink tainted by the unknown Task Force. The other defendants are also in conspiratorial collusion to hide the facts surrounding this staged false arrest, most likely, under the direction of the unknown Task Force to hide the many, much more serious crimes, that they have perpetrated against me over a thirteen year period.

C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am filing this lawsuit to be compensated for costs incurred to defend against the prosecution, for loss of freedom, for infliction of mental and physical pain, anguish, suffering and distress in connection with wrongful incarceration, and the deprivation of my constitutional and statutory rights.

E.     **JURY DEMAND**

☒    Jury Demand – I want a jury to hear my case

OR

☐    Court Trial – I want a judge to hear my case

Dated this __8__ day of __August__ 20__18__.

Respectfully Submitted,

_____
Signature of Plaintiff

(317) 529-2244
Plaintiff's Telephone Number

patrioticdavis@gmail.com
Plaintiff's Email Address

747 Streamside Drive
Greenfield, IN 46140
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.